# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

08 - 399

TO: Joe Travis          SBI#: 271771

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: May 28, 2008

FILED
JUN 30 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BN

Attached are copies of your inmate account statement for the months of November 1, 2007 to April 30, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Nov | 38.07 |
| Dec | 54.87 |
| Jan | 29.25 |
| Feb | 34.33 |
| March | 31.63 |
| April | 53.73 |

Average daily balances/6 months: 40.64

Attachments
CC: File

Stacy Shane 5/28/08

[signature] 5/28/08

RECEIVED-DCC

MAY 28 2008

SUPPORT SERVICES MANAGER

AO 241
(Rev. 12/04)

Page 16

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *1) The correct application of the Delaware Murder statute under Williams v. Chao. 2. Lesser included offense of Murder first degree. 3. Ineffective assistance of Counsel. 4) Procedural Bar on timely filed Notice of Appeal*

or any other relief to which petitioner may be entitled.

_Joe Travis_ Pro se
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on   6-15-08   (date).

_Joe Travis_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IN FORMA PAUPERIS DECLARATION

_District Court of Delaware_

[insert appropriate court]

* * * * *

**Individual Statement**
**From November 2007 to April 2008**

Page 1 of 2

| Date Printed: | 5/28/2008 | | | | | | |
|---|---|---|---|---|---|---|---|
| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $55.38 |
| 00271771 | Travis | Joe | | | | Ending Month Balance: | $185.63 |
| Current Location: | S1 | | Comments: | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 11/1/2007 | $38.40 | $0.00 | $0.00 | $93.78 | 508632 | | | |
| Canteen | 11/6/2007 | ($74.09) | $0.00 | $0.00 | $19.69 | 509962 | | | |
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($2.67) | $19.69 | 511969 | | | |
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($2.67) | $19.69 | 511970 | | | |
| Canteen | 11/13/2007 | ($13.65) | $0.00 | $0.00 | $6.04 | 513279 | | | |
| Mail | 11/15/2007 | $50.00 | $0.00 | $0.00 | $56.04 | 514337 | 11795922336 | | G TRAVIS |
| Canteen | 11/20/2007 | ($44.56) | $0.00 | $0.00 | $11.48 | 515706 | | | |
| Canteen | 11/27/2007 | ($5.61) | $0.00 | $0.00 | $5.87 | 518394 | | | |
| Mail | 11/28/2007 | $50.00 | $0.00 | $0.00 | $55.87 | 519246 | 11711128432 | | G TRAVIS |
| Supplies-MailPosta | 11/29/2007 | ($2.67) | $0.00 | $0.00 | $53.20 | 520872 | | 10/21/07 | |
| Supplies-MailPosta | 11/29/2007 | ($2.67) | $0.00 | $0.00 | $50.53 | 520873 | | 10/21/07 | |
| Wage-1099 | 12/3/2007 | $38.40 | $0.00 | $0.00 | $88.93 | 522075 | | S1 10/24-11/10/23/07 | |
| Canteen | 12/4/2007 | ($74.10) | $0.00 | $0.00 | $14.83 | 522872 | | | |
| Mail | 12/6/2007 | $100.00 | $0.00 | $0.00 | $114.83 | 524666 | 11910736721 | | G TRAVIS |
| Canteen | 12/11/2007 | ($32.87) | $0.00 | $0.00 | $81.96 | 525886 | | | |
| Canteen | 12/18/2007 | ($39.49) | $0.00 | $0.00 | $42.47 | 529139 | | | |
| Canteen | 12/26/2007 | ($33.18) | $0.00 | $0.00 | $9.29 | 531696 | | | |
| Wage-1099 | 1/2/2008 | $38.40 | $0.00 | $0.00 | $47.69 | 534657 | | S BLDG 11/24-12/23/ | |
| Canteen | 1/2/2008 | ($34.22) | $0.00 | $0.00 | $13.47 | 535547 | | | |
| Pay-To | 1/3/2008 | ($4.00) | $0.00 | $0.00 | $9.47 | 537103 | | MASJID MUHAMMAD | |
| Mail | 1/4/2008 | $50.00 | $0.00 | $0.00 | $59.47 | 537866 | 117710198350 | | G TRAVIS |
| Canteen | 1/8/2008 | ($41.89) | $0.00 | $0.00 | $17.58 | 538970 | | | |
| Mail | 1/9/2008 | $50.00 | $0.00 | $0.00 | $67.58 | 539814 | 11910740894 | | G TRAVIS |
| Canteen | 1/15/2008 | ($51.61) | $0.00 | $0.00 | $15.97 | 542673 | | | |
| Canteen | 1/22/2008 | ($15.80) | $0.00 | $0.00 | $0.17 | 544892 | | | |
| Mail | 1/30/2008 | $50.00 | $0.00 | $0.00 | $50.17 | 548523 | 11910751817 | | G TRAVIS |
| Wage-1099 | 2/1/2008 | $38.40 | $0.00 | $0.00 | $88.57 | 550037 | | 12/24-1/23/08 S1 | |
| Canteen | 2/5/2008 | ($73.83) | $0.00 | $0.00 | $14.74 | 551810 | | | |
| Canteen | 2/12/2008 | ($12.95) | $0.00 | $0.00 | $1.79 | 555188 | | | |
| Mail | 2/13/2008 | $50.00 | $0.00 | $0.00 | $51.79 | 555697 | 12110794931 | | G TRAVIS |
| Canteen | 2/19/2008 | ($41.12) | $0.00 | $0.00 | $10.67 | 558419 | | | |

## Individual Statement
## From November 2007 to April 2008

Date Printed: 5/28/2008                                                                                                    Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00271771 | Travis | Joe | | |

Current Location: S1    Comments:

Beginning Month Balance: $55.38
Ending Month Balance: $185.63

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 2/26/2008 | ($10.42) | $0.00 | $0.00 | $0.25 | 561318 | | | |
| Mail | 2/27/2008 | $50.00 | $0.00 | $0.00 | $50.25 | 562184 | 12172786200 | | G TRAVIS |
| Wage-1099 | 3/3/2008 | $38.40 | $0.00 | $0.00 | $88.65 | 563925 | | S-1 1/24-2/23/08 | |
| Canteen | 3/4/2008 | ($66.63) | $0.00 | $0.00 | $22.02 | 564915 | | | |
| Canteen | 3/11/2008 | ($20.28) | $0.00 | $0.00 | $1.74 | 568302 | | | |
| Mail | 3/12/2008 | $50.00 | $0.00 | $0.00 | $51.74 | 568904 | 12172782396 | | G TRAVIS |
| Canteen | 3/18/2008 | ($41.27) | $0.00 | $0.00 | $10.47 | 571783 | | | |
| Canteen | 3/25/2008 | ($10.21) | $0.00 | $0.00 | $0.26 | 574532 | | | |
| Mail | 3/27/2008 | $50.00 | $0.00 | $0.00 | $50.26 | 576411 | 12172804931 | | G TRAVIS |
| Wage-1099 | 4/1/2008 | $52.80 | $0.00 | $0.00 | $103.06 | 577070 | | S1 2/24-3/23/08 | |
| Visit | 4/1/2008 | ($74.75) | $0.00 | $0.00 | $28.31 | 578124 | | | |
| Canteen | 4/3/2008 | $50.00 | $0.00 | $0.00 | $78.31 | 579463 | 08875677504-04956 | | G TRAVIS |
| Canteen | 4/8/2008 | ($32.32) | $0.00 | $0.00 | $45.99 | 583239 | | | |
| Canteen | 4/15/2008 | ($23.06) | $0.00 | $0.00 | $22.93 | 586042 | | | |
| Canteen | 4/22/2008 | ($21.51) | $0.00 | $0.00 | $1.42 | 589575 | | | |
| Mail | 4/23/2008 | $50.00 | $0.00 | $0.00 | $51.42 | 591194 | 12172821434 | | G TRAVIS |
| Canteen | 4/29/2008 | ($50.79) | $0.00 | $0.00 | $0.63 | 593427 | | | |
| Mail | 4/29/2008 | $185.00 | $0.00 | $0.00 | $185.63 | 593992 | 12172820927 | | G TRAVIS |

Ending Month Balance: $185.63

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00